IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ROSEMARIE SIRINGO                          )
                                           )
                                           )
                                           )
                    Plaintiff              )
                                           )
vs.                                        )        CIVIL ACTION NO. 2:15-CV-01953
                                           )
                                           )
CAROLYN W. COLVIN                          )
ACTING COMMISSIONER OF                     )
SOCIAL SECURITY                            )
                                           )
                                           )
                    Defendant              )
                                           )
                                           )

## CERTIFICATION

     The undersigned, as Chief, Court Case Preparation and Review Branch 2, Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript of the entire record of proceedings relating to this case.

_Kathie Hartt_

_____
KATHIE HARTT

Date: April 29, 2015