# Court Transcript Index

Civil Action Number: 2:15-CV-01953
Claimant: Rosemarie Siringo
Account Number: 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

| Court Transcript Index | Page No. | No. of Pages |
|---|---|---|
| AC Denial (ACDENY), dated 01/29/2015 | 1-4 | 4 |
| Request for Review of Hearing Decision/Order (HA 520), dated 03/18/2014 | 5 | 1 |
| Representative Correspondence (REPLTR), dated 01/07/2014, from Robert Wertalik, Esq. | 6 | 1 |
| ALJ Hearing Decision (ALJDEC), dated 03/06/2014 | 7-20 | 14 |
| Transcript of Oral Hearing (TRANHR), dated 01/31/2012 | 21-47 | 27 |
| Transcript of Oral Hearing (TRANHR), dated 11/19/2013 | 48-96 | 49 |

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | Disability Determination Transmittal, dated 11/09/2010 | 97 | 1 |
| 2A | Disability Determination Transmittal, dated 11/09/2010 | 98 | 1 |
| 3A | Disability Determination Transmittal, dated 02/12/2011 | 99 | 1 |
| 4A | Disability Determination Transmittal, dated 02/12/2011 | 100 | 1 |
| 5A | ALJ Hearing Decision, dated 04/12/2012 | 101-118 | 18 |
| 6A | AC Order, dated 07/26/2013 | 119-124 | 6 |
| 1B | Notice of Disapproved Claim - Concurrent, dated 11/09/2010 | 125-130 | 6 |
| 2B | Reconsideration Notice - Letterhead, dated 02/12/2011 | 131-133 | 3 |
| 3B | T16 Disability Reconsideration Notice, dated 02/12/2011 | 134-135 | 2 |
| 4B | Request for Hearing by ALJ, dated 03/09/2011 | 136-137 | 2 |
| 5B | Request for Hearing Acknowledgement Letter, dated 04/25/2011 | 138-144 | 7 |
| 6B | Appointment of Representative  Carol Personette-Doyle, dated 06/09/2011 | 145 | 1 |
| 7B | Hearing Notice, dated 12/02/2011 | 146-167 | 22 |
| 8B | Notice Of Hearing Reminder, dated 01/17/2012 | 168-173 | 6 |
| 9B | Appointment of Representative-R. Wertalik, dated 06/06/2012 | 174-175 | 2 |
| 10B | Request for Review of Hearing Decision/Order-Appeals Letter & CD Request, dated 06/11/2012 | 176-178 | 3 |
| 11B | AC Correspondence-Granting Rep. more time to submit evidence, dated 09/19/2012 | 179-185 | 7 |
| 12B | Outgoing ODAR Correspondence, dated 08/15/2013 | 186-196 | 11 |
| 13B | Resume of Vocational Expert (Donald Schader), undated | 197-198 | 2 |
| 14B | Hearing Notice, dated 08/28/2013 | 199-222 | 24 |
| 15B | Acknowledge Notice of Hearing, dated 09/17/2013 | 223 | 1 |
| 16B | Notice Of Hearing Reminder, dated 11/05/2013 | 224-229 | 6 |

DATE: April 29, 2015

The documents and exhibits contained in this administrative record are the best copies obtainable.

## Court Transcript Index

Civil Action Number:  2:15-CV-01953
Claimant:  Rosemarie Siringo
Account Number:  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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1D | Application for Supplemental Security Income Benefits, dated 09/16/2010 | 230-233 | 4 |
| 2D | Application for Disability Insurance Benefits, dated 09/16/2010 | 234-240 | 7 |
| 3D | MBR Query-Abbreviated, dated 04/20/2011 | 241-242 | 2 |
| 4D | DISCO DIB Insured Status Report, dated 04/20/2011 | 243-245 | 3 |
| 5D | Detailed Earnings Query, dated 04/20/2011 | 246-250 | 5 |
| 6D | Summary Earnings Query, dated 04/29/2011 | 251 | 1 |
| 7D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 06/09/2011 | 252-255 | 4 |
| 8D | Misc Non-Disability Development, dated 12/02/2010 | 256-257 | 2 |
| 9D | MBR, SSI & Summary Earnings Record, dated 08/15/2013 | 258-260 | 3 |
| 10D | DISCO, Detailed Earnings Record & ICERS, dated 08/15/2013 | 261-269 | 9 |
| 1E | Disability Report - Field Office, dated 09/16/2010, from Claimant | 270-273 | 4 |
| 2E | Disability Report - Adult, undated, from Claimant | 274-285 | 12 |
| 3E | Disability Report - Appeals, undated, from Claimant | 286-291 | 6 |
| 4E | Function Report - Adult, dated 01/10/2011, from Claimant | 292-299 | 8 |
| 5E | Disability Report - Appeals, undated, from Claimant | 300-305 | 6 |
| 6E | Work History Report, dated 10/30/2010, from Claimant | 306-313 | 8 |
| 7E | Function Report - Adult, dated 10/30/2010, from Claimant | 314-321 | 8 |
| 8E | Pharmacy Prescription History/Records, dated 08/12/2010, from CVS pharmacy | 322 | 1 |
| 9E | Representative Correspondence, dated 04/20/2012, from Rep | 323 | 1 |
| 10E | Representative Correspondence to Appeals Council, dated 10/12/2012, from ms. Giannotti for Mr. Wertalik | 324 | 1 |
| 11E | Representative Correspondence - Power out since Hurricane Sandy Requesting Extension (handwritten), dated 11/05/2012, from Mr Wertalik | 325 | 1 |
| 12E | Representative Correspondence -Sumamry of Case to Appeals Council, dated 11/19/2012, from Mr. Wertalik | 326-332 | 7 |
| 13E | Timeline, from Claimant | 333-337 | 5 |
| 14E | Medications, undated, from Claimant | 338 | 1 |
| 15E | Work Background, undated, from Claimant | 339 | 1 |
| 16E | Recent Medical Treatment, undated, from Claimant | 340 | 1 |
| 17E | Outgoing ODAR Correspondence, dated 12/05/2013, from Newark ODAR | 341 | 1 |
| 1F | Accident Report, dated 01/12/2010, from NJ DMV | 342-346 | 5 |

DATE: April 29, 2015

The documents and exhibits contained in this administrative record are the best copies obtainable.

## Court Transcript Index

Civil Action Number:  2:15-CV-01953
Claimant:             Rosemarie Siringo
Account Number:       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

### Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 2F | Notice of Intention to Make Claim, dated 01/12/2010, from NJ Property-Liability Ins Guaranty Assoc | 347 | 1 |
| 3F | Hospital Records, dated 01/15/2010 to 01/17/2010, from MOUNTAINSIDE HOSPITAL | 348-385 | 38 |
| 4F | Hospital Records, dated 01/15/2010 to 01/17/2010, from Mountainside Hospital | 386-416 | 31 |
| 5F | Medical reports, dated 01/12/2010 to 01/29/2010, from Family Chiropractic Centers | 417-427 | 11 |
| 6F | Hospital Records, dated 02/08/2010 to 02/11/2010, from MOUNTAINSIDE HOSPITAL | 428-429 | 2 |
| 7F | Inpatient Hospital Records, dated 07/07/2010 to 07/12/2010, from EAST ORANGE GEN HOSP | 430-447 | 18 |
| 8F | Medical records, dated 01/29/2010 to 07/23/2010, from MEESE, MICHAEL A | 448-455 | 8 |
| 9F | Emergency Department Records, dated 07/27/2010, from CLARA MAASS MEDICAL CENTER | 456-501 | 46 |
| 10F | Emergency Department Records, dated 07/27/2010, from CLARA MAASS MEDICAL CENTER | 502-518 | 17 |
| 11F | Inpatient Hospital Records, dated 07/29/2010 to 08/04/2010, from BERGEN REGIONAL MED CTR | 519-543 | 25 |
| 12F | Psychiatric records, dated 01/26/2010 to 09/09/2010, from SOZZI, ROBERTO, MD | 544-561 | 18 |
| 13F | No inpatient DOS, dated 09/27/2010, from CLARA MAASS MEDICAL CENTER | 562-563 | 2 |
| 14F | Medical letter, dated 09/27/2010, from FOSTER, E P, D.C. | 564 | 1 |
| 15F | Medical Evaluation/Case Analysis, dated 10/27/2010, from Dr. Algernon Phillips | 565 | 1 |
| 16F | DDS Disability Worksheet, dated 09/22/2010 to 11/01/2010, from DDS | 566-568 | 3 |
| 17F | Psychiatric Review Technique, dated 11/01/2010, from Ryan Mendoza, Psy.D. | 569-582 | 14 |
| 18F | WFNJ-Med Exam Report, dated 11/19/2010, from Dr. Isaac O'Neal | 583-584 | 2 |
| 19F | Mental Status CE Report, dated 2010-12-14 to 12/14/2010, from J. Theodore Brown Jr., PH.D. | 585-590 | 6 |
| 20F | Medical records, dated 02/02/2010 to 12/29/2010, from NEWARK HOMELESS HEALTHCARE | 591-626 | 36 |
| 21F | Medical Evaluation/Case Analysis, dated 01/03/2011, from Dr. Joseph Udomsaph | 627 | 1 |
| 22F | Psychiatric Report, dated 11/29/2010 to 01/11/2011, from COMPREHENSIVE BEHAV HLTHCARE | 628-633 | 6 |
| 23F | Psychiatric Review Technique, dated 02/08/2011, from Amy Brams, Ph.D. | 634-647 | 14 |

DATE: April 29, 2015

The documents and exhibits contained in this administrative record are the best copies obtainable.

## Court Transcript Index

Civil Action Number:  2:15-CV-01953
Claimant:  Rosemarie Siringo
Account Number:  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

<u>Exhibits</u>

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 24F | Mental RFC Assessment, dated 02/08/2011, from Amy Brams, Ph.D. | 648-651 | 4 |
| 25F | DDS Disability Worksheet, dated 11/24/2010 to 02/12/2011, from DDS | 652-653 | 2 |
| 26F | Medical records, dated 09/02/2010 to 04/01/2011, from Newark Homeless Health Care | 654-692 | 39 |
| 27F | Medical Records Covering Period, dated 01/19/2010 to 10/27/2010, from Dr. Conte | 693-705 | 13 |
| 28F | Medical Report, dated 12/14/2010, from Dr. Wancier | 706-709 | 4 |
| 29F | Medical Records Covering Period, dated 12/02/2010 to 02/13/2012, from Comprehensive Behavioral Healthcare | 710-717 | 8 |
| 30F | School Transcript, dated 02/13/2012, from Nutley High School | 718-725 | 8 |
| 31F | Emergency Department Records, dated 01/15/2010, from Mountainside Hospital | 726-743 | 18 |
| 32F | Medical Records, dated 01/19/2010, from Family Chiropractic Centers | 744-765 | 22 |
| 33F | Radiology Report, dated 02/02/2010, from Cliffside Park Imaging | 766-768 | 3 |
| 34F | Medical Records Covering Period, dated 01/22/2010 to 03/02/2010, from Dr. Manguanay | 769-781 | 13 |
| 35F | Medical Records Covering Period, dated 01/29/2010 to 07/23/2010, from Dr. Meese | 782-791 | 10 |
| 36F | Inpatient Hospital Records, dated 07/28/2010 to 08/04/2010, from Bergen Regional Medical center | 792-1055 | 264 |
| 37F | Outpatient Hospital Records, dated 07/13/2011 to 09/18/2011, from Bergen Regional Medical Center | 1056-1125 | 70 |
| 38F | Physical/Occupational Therapy Records, dated 08/02/2011 to 11/01/2011, from Bergen Regional Medical Center | 1126-1171 | 46 |
| 39F | Medical Records Covering Period, dated 01/12/2010 to 01/19/2012, from Family Chiropractic Center | 1172-1193 | 22 |
| 40F | Outpatient Medical Records, dated 10/20/2011 to 11/25/2011, from Bergen Regional Medical Center | 1194-1216 | 23 |
| 41F | Outpatient Medical Records, dated 12/14/2011 to 12/28/2011, from Bergen Regional Medical Center | 1217-1244 | 28 |
| 42F | Physical Residual Functional Capacity Questionnaire, dated 01/26/2012, from Issaic O'Neal, MD | 1245-1249 | 5 |
| 43F | Outpatient Medical Records, dated 02/29/2012 to 08/01/2012, from Bergen Regional Medical Center | 1250-1277 | 28 |
| 44F | Hospital Medical Records, dated 08/02/2012 to 09/12/2012, from Bergen Regional Medical Center | 1278-1295 | 18 |
| 45F | Medical Records, dated 02/23/2012 to 10/02/2012, from Comprehensive Behavioral Healthcare | 1296-1335 | 40 |

DATE: April 29, 2015

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number:  2:15-CV-01953
Claimant:  Rosemarie Siringo
Account Number:  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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 46F | Mental Residual Functional Capacity Questionnaire, dated 01/26/2013, from Zisales Wancier, MD | 1336-1342 | 7 |
| 47F | Hospital Records, dated 10/26/2012 to 02/15/2013, from Bergen Regional Medical Center | 1343-1375 | 33 |
| 48F | Outpatient/Inpatient Rehabilitation Records, dated 12/02/2010 to 10/24/2013, from Dr. Wancier/Comprehensive Behavioral Healthcare | 1376-1475 | 100 |

DATE: April 29, 2015

The documents and exhibits contained in this administrative record are the best copies obtainable.